E. STRATTON HORRES, JR. (*Pro Hac Vice Forthcoming)*
Stratton.Horres@wilsonelser.com
B. OTIS FELDER, ABA #511081
Otis.Felder@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Tel: 213.443.5100 /Fax: 213.443.5101

BRAD D. BRIAN (*Pro Hac Vice Forthcoming*)
brad.brian@mto.com
MICHAEL R. DOYEN (*Pro Hac Vice Forthcoming*)
michael.doyen@mto.com
BETHANY W. KRISTOVICH (*Pro Hac Vice Forthcoming*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel: 213.683.9100/Fax: 213.687.3702

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC,

Plaintiffs,

vs.

DAWNI L. CORBIN, JAMIE HUDDLESTON, AVONNA MURFITT, SHANNON PENDERGRASS, MAGEN SCHIERMBOCK, and KELLI TURNBOW,

Defendants.

Case No. 3:18-cv-00168-TMB

**CORPORATE DISCLOSURE STATEMENT**

(Fed. R. Civ. P. 7.1)

Case 3:18-cv-00168-TMB Document 4 Filed 07/17/18 Page 1 of 2

TO THE COURT, AND TO PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Plaintiffs MGM Resorts International, Mandalay Resort Group, Mandalay Bay, LLC, MGM Resorts Festival Grounds, LLC, and MGM Resorts Venue Management, LLC, provides the following disclosures:

Plaintiff MGM Resorts International is organized in the State of Delaware. MGM Resorts International has no parent company, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Mandalay Bay, LLC (as successor-by-conversion from Mandalay Corporation) is organized in the State of Nevada. Mandalay Bay, LLC is a wholly owned subsidiary of Mandalay Resort Group.

Plaintiff Mandalay Resort Group is a wholly owned subsidiary of MGM Resorts International.

Plaintiff MGM Resorts Festival Grounds, LLC is organized in the State of Nevada. MGM Resorts Festival Grounds LLC is a wholly owned subsidiary of Mandalay Resort Group.

Plaintiff MGM Resorts Venue Management, LLC is incorporated in the State of Nevada. MGM Resorts Venue Management, LLC is a wholly owned subsidiary of MGM Resorts International.

DATED: July 17, 2018

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ B. Otis Felder*
E. Stratton Horres, Esq., *(Pro Hac Vice Forthcoming)*
B. Otis Felder, Esq., ABA #511081
Otis.Felder@wilsonelser.com
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Tel: 213.443.5100 / Fax: 213.443.5101
Attorneys for Plaintiffs
MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC